FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 11, 2015

Wade A. Byrd
THE LAW OFFICE OF WADE A. BYRD
P. O. BOX 1183
Amarillo, TX 79105-1183
* DELIVERED VIA E-MAIL *

Brian Benitez
Michael J. Scott
SCOTT, PARNELL AND ASSOCIATES
P.O. Box 115220
Carrollton, TX 75006
* DELIVERED VIA E-MAIL *

**RE:** Case Number:  07-14-00252-CV & 07-14-00253-CV
Trial Court Case Number: 66,223A & 66,224C

**Style:** Teresa Cox and Terry De Los Santos v. National Collegiate Student Loan Trust
2006-2, a Delaware Statutory Trust

Dear Counsel:

The Court has issued mandate in the captioned cause.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:  Honorable Dan L. Schaap (DELIVERED VIA E-MAIL)
Jo Carter (DELIVERED VIA E-MAIL)